DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. |
| | ) |
| Plaintiff, | ) COUNT 1: |
| | ) DRUG CONSPIRACY |
| vs. | )   Vio. of 21 U.S.C. §§ 846, 841(a)(1), |
| | ) (b)(1)(B) & (C) |
| JUANITA M. HARRIS, and | ) |
| GERALD H. DREW, | )  COUNT 2: |
| | ) DISTRIBUTION OF COCAINE BASE |
| | )   Vio. of 21 U.S.C. § 841(a)(1) and |
| Defendants. | ) (b)(1)(B) |
| | ) |
| | ) COUNTS 3 & 4: |
| | ) DISTRIBUTION OF COCAINE |
| | )   Vio. of 21 U.S.C. § 841(a)(1) and |
| | ) (b)(1)(C) |
| | ) |

|   |   |
|---|---|
| ) | COUNT 5: |
| ) | POSSESSION OF CONTROLLED |
| ) | SUBSTANCES WITH INTENT TO |
| ) | DISTRIBUTE |
| ) | Vio. of 21 U.S.C. § 841(a)(1) and |
| ) | (b)(1)(C) |
| ) |   |
| ) | COUNTS 6 - 7: |
| ) | POSSESSION OF FIREARMS IN |
| ) | FURTHERANCE OF DRUG |
| ) | TRAFFICKING |
| ) | Vio. of 18 U.S.C. § 924(c)(1)(A)(i) |
| ) |   |
| ) | COUNT 8: |
| ) | CRIMINAL FORFEITURE–FIREARMS |
| ) | 18 U.S.C. §§ 924(d)(1) |
| ) |   |
| ) | COUNT 9: |
| ) | CRIMINAL FORFEITURE–CASH |
| ) | 21 U.S.C. § 853(a)(1) and (2) |
| ) |   |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning in or about March, 2006, and continuing to at least on or about May 18, 2006, both dates being approximate and inclusive, the defendants, JUANITA M. HARRIS and GERALD H. DREW, together with other co-conspirators, both known and unknown to the grand jury, within the District of Alaska, did unlawfully and knowingly combine, conspire, confederate, and agree with each other to manufacture, distribute, and possess with intent to distribute a controlled substance, to wit: 5 grams or more of a

mixture and substance containing a detectable amount of cocaine base ("crack"), as well as a mixture and substance containing a detectable amount of cocaine, all of which is in violation of Title 21, United States Code, Sections 846 & 841(b)(1)(B) & (C).

### COUNT 2

On or about May 3, 2006, the defendants, JUANITA M. HARRIS and GERALD H. DREW, within the District of Alaska, did knowingly and intentionally distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"), all of which is in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

### COUNT 3

On or about May 11, 2006, the defendant, JUANITA M. HARRIS, within the District of Alaska, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, all of which is in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

### COUNT 4

On or about May 16, 2006, the defendant, JUANITA M. HARRIS, within the District of Alaska, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, all of which is in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 5

On or about May 18, 2006, the defendants, JUANITA M. HARRIS and GERALD H. DREW, within the District of Alaska and elsewhere, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, all of which is in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 6

On or about May 18, 2006, the defendants, JUANITA M. HARRIS, within the District of Alaska, did knowingly and intentionally possess in furtherance of drug trafficking crimes, as described in Counts 1 and 5 of this indictment, firearms, to wit: Raven Arms .25 caliber pistol, serial #820103, Smith & Wesson .357 caliber revolver, serial #ABW5340; Ruger .357 caliber revolver, serial #153-73900; Ruger .223 caliber semi-automatic rifle, serial # 182-67378; Norinco MAK 90 Sporter 7.62 X 39 mm semi-automatic rifle, serial #9375200; Hi-Point 9 mm pistol, serial #B-14685; and a Winchester 12-gauge shotgun, serial #L1912914, all of which is in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 7

On or about May 18, 2006, the defendant, GERALD H. DREW, within the District of Alaska, did knowingly and intentionally possess in furtherance of drug trafficking crimes, as described in Counts 1 and 5 of this indictment, firearms, to wit, Ruger P95 9

mm semi-automatic pistol, serial # 313-07578, Smith & Wesson .357 caliber revolver, serial #ABW5340; Ruger .357 caliber revolver, serial #153-73900; Ruger .223 caliber semi-automatic rifle, serial # 182-67378; Norinco MAK 90 Sporter 7.62 X 39 mm semi-automatic rifle, serial #9375200; Hi-Point 9 mm pistol, serial #B-14685; and a Winchester 12 gauge shotgun, serial #L1912914, all of which is in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 8

As a result of committing the offenses alleged in Counts 5 and 6 of the Indictment, and upon conviction of Count 5 and 6, offenses punishable by imprisonment for more than one year, defendants JUANITA M. HARRIS and GERALD H. DREW shall forfeit to the United States all firearms and ammunition involved in or used in the commission of said offense, including but not limited to, Smith & Wesson .357 caliber revolver, serial #ABW5340; Ruger .357 caliber revolver, serial #153-73900; Ruger .223 caliber semi-automatic rifle, serial # 182-67378; Norinco MAK 90 Sporter 7.62 x 39 mm semi-automatic rifle, serial #9375200; Hi-Point 9 mm pistol, serial #B-14685; Raven Arms .25 caliber pistol, serial #820103 Ruger P95 9 mm semi-automatic pistol, serial # 313-07578, and a Winchester 12-gauge shotgun, serial #L1912914, pursuant to Title 18, United States Code, Section 924(d)(1).

## COUNT 9

Upon conviction of one or more of the controlled substance offenses alleged in Counts 1 through 5 of this Indictment, punishable by imprisonment for more than one

year, defendants JUANITA M. HARRIS and GERALD H. DREW shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation, pursuant to 21 U.S.C. § 853(a)(1), and any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, pursuant to 21 U.S.C. § 853(a)(2), including but not limited to $1,690 in United States Currency, seized on or about May 18, 2006.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Frank V. Russo
FRANK V. RUSSO
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov
MA Bar No. 649320

s/James A. Goeke (for)
DEBORAH M. SMITH
United States Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: deb.smith@usdoj.gov

7/18/06
DATE