```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs  JUANITA M. HARRIS    CASE NO.  3:06-CR-00061-01-RRB
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE         PHILIP M. PALLENBERG

DEPUTY CLERK/RECORDER:       CAROLINE EDMISTON

UNITED STATES ATTORNEY:      FRANK RUSSO

DEFENDANT'S ATTORNEY:        KEVIN MCCOY, APPOINTED

U.S.P.O.:                    PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT Held 08/01/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:41 p.m. court convened.

 X Copy of Ind given to defendant: read.

 X Defendant advised of general rights, charges and penalties.

 X Financial Affidavit filed. Federal Public Defender accepted appointment. FPD notified.

 X PLEAS Not Guilty to Counts 1, 2, 3, 4, 5, & 6 of the Indictment and DENIED Counts 8 & 9 of the Indictment.

 X Defendant detained/Detention Hearing set for **August 8, 2006 at 1:30 p.m.** before Magistrate Judge Roberts. Order of Temporary Detention FILED.

 X Pretrial motions due **August 21, 2006;** Meet and confer **August 8, 2006.**

 X Order for the Progression of a Criminal Case FILED.

 X Court advised counsel trial date had not been set.

At 1:49 p.m. court adjourned.

DATE:       August 1, 2006           DEPUTY CLERK'S INITIALS:   ce