Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>JUANITA MICHELLE HARRIS,<br><br>                Defendant. | Case No. 3:06-cr-00061-01-RRB<br><br>**UNOPPOSED MOTION TO CONTINUE DETENTION HEARING TO WEEK OF AUGUST 14, 2006**<br>*Filed on Shortened Time* |

Juanita Harris asks this court to move the detention hearing presently scheduled for August 9, 2006, to the week of August 14, 2006.  Ms. Harris's proposal for release is still being formulated and a continuance is necessary for that purpose.

The government does not oppose this request.

This motion is submitted pursuant to D. Alaska Loc. Crim. R. 47.1 and is based upon the affidavit of counsel.

DATED at Anchorage, Alaska this 9th day of August, 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
Alaska Bar No. 7705042
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:          907-646-3400
Fax:            907-646-3480
E-Mail:         kevin_mccoy@fd.org

Certification:

I certify that on August 9, 2006, a
copy of the foregoing document, with
attachments, was served electronically on:

Frank Russo, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Herbert A. Viergutz, Esq.
Counsel for Defendant Gerald H. Drew
1029 West Third Avenue, Suite 280
Anchorage, AK 99501

s/Kevin F. McCoy