UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JUANITA MICHELLE HARRIS,<br><br>           Defendant. | Case No. 3:06-cr-00061-01-RRB<br><br>**PROPOSED<br>ORDER CONTINUING<br>DETENTION HEARING** |

On consideration of the defendants' unopposed motion to continue the detention hearing;

It is hereby ordered that the motion is granted. The detention hearing in this matter shall be scheduled for August _____, 2006 at _____ a.m./p.m.

DATED this _____ day of August 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge