Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JUANITA MICHELLE HARRIS,<br><br>                Defendant. | Case No. 3:06-cr-00061-01-RRB<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

       Kevin F. McCoy, being duly sworn upon oath, deposes and says as follows:

       1.       I am the attorney for Juanita Harris.

       2.       The court scheduled a detention hearing for August 9, 2006, at 1:30 p.m.

       3.       The purpose of this motion is to ask that the detention hearing be continued to the week of August 14, 2006.

       4.       Ms. Harris is in the process of formulating a release proposal and that proposal will not be ready for presentation until the week of August 14, 2006.

5.    On August 8, 2006, I spoke with Assistant United States Attorney Frank Russo. Mr. Russo indicated that the government does not oppose this request.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KEVIN F. McCOY

SUBSCRIBED AND SWORN to before me this 9th day of August, 2006.



_____
Notary Public in and for Alaska
My Commission Expires: 3/14/2007

Certification:

I certify that on August 9, 2006, a
copy of the *Affidavit of Counsel*
was served electronically on:

Frank Russo, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

Herbert A. Viergutz, Esq.
Counsel for Defendant Gerald H. Drew
1029 West Third Avenue, Suite 280
Anchorage, AK 99501

s/Kevin F. McCoy