UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

 USA  v.  HARRIS and DREW 

DATE:  August 21, 2006      CASE NO.   3:06-CR-0061-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**
              **SCHEDULING HEARING**

---

     A hearing on Defendant Drew's Motion to Continue Trial (Docket 28) will be held on **Wednesday, August 23, 2006, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING