Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JUANITA MICHELLE HARRIS,<br><br>　　　　Defendant. | NO. 3:06-cr-00061-01-RRB<br><br>**JOINDER IN MOTION TO CONTINUE FILED BY GERALD DREW** |

　　　　Juanita Harris joins in the motion to continue trial and the request to extend the pretrial motions deadline filed by Gerald Drew at Docket No. 28. A continuance is appropriate for the reasons set forth in Mr. Drew's motion. In addition, as of September 11, 2006, the currently scheduled trial date, only 41 days have elapsed under the speedy trial rule. Under these circumstances and the circumstances described in Mr. Drew's motion, an order rescheduling this trial is appropriate.

　　　　The government does not oppose this request.

　　　　This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 21st day of August 2006.

Respectfully submitted,

s/Kevin F. McCoy
**Assistant Federal Defender**
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:  kevin_mccoy@fd.org

Certification:
I certify that on August 21, 2006,
a copy of the ***Joinder in Motion to Continue Filed by Gerald Drew*** was
served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Ronald A. Offret, Esq.
Counsel for Defendant Gerald H. Drew
1029 West Third Avenue, Suite 280
Anchorage, AK 99501

s/Kevin F. McCoy