UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUANITA MICHELLE HARRIS,<br><br>    Defendant. | NO. 3:06-cr-00061-01-RRB<br><br>**PROPOSED ORDER** |

On consideration of defendant Juanita Harris's joinder in the motion to continue trial and to reschedule the pretrial motions deadline;

It is hereby ordered that the request is granted. Trial in this case shall be continued from September 11, 2006, to _____ ____, 2006, at the hour of _____ ___.m. The final pretrial conference shall be continued from September 5, 2006, to _____, 2006, at the hour of _____ ___.m. The pretrial motions deadline shall be continued from August 21, 2006, to on or before _____, 2006.

DATED this _____ day of August 2006, in Anchorage, Alaska.

_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE