Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUANITA MICHELLE HARRIS,<br><br>Defendant. | NO. 3:06-cr-00061-01-RRB<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

1.  I am the attorney for Juanita Harris.

2.  Ms. Harris was arraigned on the indictment in this matter on August 1, 2006.

3.  Trial is presently set for September 11, 2006.  The pretrial motion deadline is August 21, 2006.

4.  The currently scheduled trial date is only 41 days into the 70-day speedy trial rule established by 18 U.S.C. § 3161(c)(1).

5. This case involves a significant amount of discovery, including 21 CD's which are represented to contain audio and video surveillance of events relevant to the indictment.

6. The volume of material prevents counsel from being prepared for pretrial motions and trial in accordance with the present schedule.

7. Accordingly, Ms. Harris joins in the motion to continue the trial date and the pretrial motions deadline filed by Mr. Drew at Docket No. 28 and asks that the trial in this matter be rescheduled.

8. I am advised by co-counsel Ron Offret that Assistant U.S. Attorney Frank Russo does not oppose this request.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KEVIN F. McCOY

SUBSCRIBED AND SWORN to before me this 21st day of August 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:
I certify that on August 21, 2006,
a copy of the *Affidavit of Counsel*
was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Ronald A. Offret, Esq.
Counsel for Defendant Gerald H. Drew
1029 West Third Avenue, Suite 280
Anchorage, AK 99501

s/Kevin F. McCoy