**ANCHORAGE POLICE DEPARTMENT**

06-19905

**ACTION TAKEN:** On 05/18/2006 I was one of several Drug Enforcement Unit Detectives that executed a search warrant at 10270 Tartan Circle in Anchorage, Alaska. At the front door, I repeatedly identified us as police officers with a search warrant and ordered the occupants to open the door. Det. Dorr was timing the knock/announce, and after 20 seconds advised me to open the door. The door was locked and I used a ram to gain entry. I was the last to enter the residence. When I did, I observed Lt. Stevens and Det. Dorr speaking to a BFA, later identified as HARRIS, lying in the master bedroom bed. Due to the confined space, Det. Dorr ordered the female out of the bedroom and into the hall. She was dressed in lingerie. I placed her in handcuffs, and used a comforter to cover her, as the other officers searched and handcuffed the male occupant. I recognized her as Juanita Harris. After the Detectives searched the residence for any additional individuals, Det. Kennedy and Lt. Stevens escorted Harris to the master bedroom to change clothing. When they returned to the living room, I asked for her identification, asking if she wanted to her purse to retrieve it, which was sitting on the coffee table in front of the living room couch. Harris denied the purse belonged to her and produced Alaska identification from the pocket of a jacket lying near the couch by the stairs.

    I then assisted the other Detectives in searching the residence and Chevy Tahoe and took some of the search photographs, including the purse mentioned in the above paragraph.