Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUANITA MICHELLE HARRIS,<br><br>    Defendant. | Case No. 3:06-cr-00061-01-RRB<br><br>**AFFIDAVIT OF<br>JUANITA HARRIS** |

Juanita Harris, being first duly sworn upon oath, deposes and says as follows:

1. I am the defendant in the above-styled matter.

2. I was an overnight guest at 10270 Tartan Circle, Anchorage, Alaska, on May 17th-18th, 2006.

3. I was asleep in the master bedroom at 10270 Tartan Circle, Anchorage Alaska, on the morning of May 18, 2006, when I heard the police come in.

4. I was in bed dressed in my underwear at the time.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
JUANITA HARRIS

SUBSCRIBED AND SWORN to before me this 19th day of September, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 7-15-09

Certification:
I certify that on September 20, 2006,
a copy of the *Affidavit of Juanita Harris*
was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

Ronald A. Offret, Esq.
Counsel for Defendant Gerald H. Drew
1029 West Third Avenue, Suite 280
Anchorage, AK 99501

s/Kevin F. McCoy

*United States v. Juanita Michelle Harris*
Case No. 3:06-cr-00061-01-RRB                                              Page 2