IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT __ANCHORAGE__

APD Case # 06-19905   SEARCH WARRANT   NO. __06-607 SW__

TO: Any Peace Officer

☐ Sworn testimony having been given by _____,

☒ An affidavit having been sworn to before me by __G. K. DORR__,

☐ Following my finding on the record that there is probable cause to believe that 1) the presentation of the applicant's affidavit or testimony personally before a judicial officer would result in a delay in obtaining or executing a search warrant; and 2) the delay might result in loss or destruction of the evidence subject to seizure or might interfere with an ongoing investigation, recorded sworn testimony was given by telephone by _____

I find probable cause to believe that

☐ on the person of _____
☒ on the premises known as __10270 TARTAN CIRCLE, AS WELL AS A 1999 CHEVROLET TAHOE, EJT-630 + '02 DODGE DURANGO, ETN-847__ at __ANCHORAGE__, Alaska,

there is now being concealed property, namely:

SEE ITEMS LISTED ON ATTACHMENT "A", WHICH IS INCORPORATED HEREIN.

(+ AS AMENDED 5/18/06)

Page 1 of 4
CR-706 (8/03)(st.4)
SEARCH WARRANT

AS 12.35.010-.120
Crim. R. 37

AID CASE #06-19905

SEARCH WARRANT NO. 06-607SW

and that such property (see AS 12.35.020)

☒ 1. is evidence of the particular crime(s) of __Misconduct Involving Controlled Substances. Contrib. to Delinq. of Minor.__

☐ 2. tends to show that _____ committed the particular crime(s) of _____

☐ 3. is stolen or embezzled property.

☒ 4. was used as a means of committing a crime.

☐ 5. is in the possession of a person who intends to use it as a means of committing a crime.

☐ 6. is one of the above types of property and is in the possession of _____, to whom _____ delivered it to conceal it.

☐ 7. is evidence of health and safety violations.

YOU ARE HEREBY COMMANDED to search the person or premises named for the property specified, serving this warrant, and if the property be found there, to seize it, holding it secure pending further order of the court, leaving a copy of this warrant, and all supporting affidavits, and a receipt of property taken. You shall also prepare a written inventory of any property seized as a result of the search pursuant to or in conjunction with the warrant. You shall make the inventory in the presence of the applicant for the warrant and the person from whose possession or premises the property is taken, if they are present, or in the presence of at least one credible person other than the warrant applicant or person from whose possession or premises said property is taken. You shall sign the inventory and return it and the warrant within 10 days after this date to any judge as required by law.

[marginal handwritten note: Endangerment Welfare of a Child, 2nd Degree]

YOU SHALL SERVE THIS WARRANT:

☐ between the hours of 7:00 a.m. and 10:00 p.m.

☐ between the hours of _____ and _____.

☒ ' at any time of the day or night.

Page 2 of 4
CR-706 (8/03)(st.4)
SEARCH WARRANT

AS 12.35.010-.120
Crim. R. 37

APD CASE # 06-19905    SEARCH WARRANT NO. 06-607SW

YOU SHALL MAKE THE SEARCH:

- [ ] immediately.
- [ ] within _____ (days)(hours).
- [x] within 10 days.
- [ ] contingent upon the happening of the events expected to occur as set forth in the supporting testimony, specifically _____

(SEAL)

5-17-06
Date

4:20   (a.m/**p.m**)
Time Issued

_Signature_
Judge

Swiderski
Type or Print Judge's Name

Amended pursuant to on-record application on 5/18/06
12:38 p.m 5/18/06   _Michael Wolverton_

TELEPHONIC SEARCH WARRANTS. If this search warrant was issued by telephone, the judicial officer named above has orally authorized the applicant for this warrant to sign the judicial officer's name. AS 12.35.015(d).

Time Warrant Served: _____

RECEIPT AND INVENTORY OF PROPERTY SEIZED

SEE ATTACHED PROPERTY & EVID REPORTS

Page 3 of 4
CR-706 (8/03)(st.4)
SEARCH WARRANT

AS 12.35.010-.120
Crim. R. 37

APD CASE 06-19905       SEARCH WARRANT NO. 06-607SW

RECEIPT AND INVENTORY OF PROPERTY SEIZED
(Continued)

---

RETURN

I received the attached search warrant on 5/17/06 , 20___, and have executed it as follows:

On 5/18/06 , 20___, at 09:15 a.m./p.m., I searched (the person)(the premises) described in the warrant, and I left a copy of the warrant (with)(at) ON KITCHEN TABLE .
(person warrant was left with or place warrant was left)

The above inventory of property taken pursuant to the warrant was made in the presence of C. STEVENS and M. VONDOLTEREN .
I swear that this inventory is a true and detailed account of all property taken by me on the authority of this warrant.

G.K Dunn     OFC # 1485
Name and Title

Signed and sworn to before me on May 19 , 20 06 .

(SEAL)

~~Judge~~ NOTARY

My Commission Expires:
December 19, 2006

Page 4 of 4
CR-706 (8/03)(st.4)
SEARCH WARRANT

AS 12.35.010-.120
Crim. R. 37

**controlled substances:** cocaine in any form; materials commonly used as cutting agents for cocaine such as inisitol, boric acid, creatine, lactose, lidocaine, procaine, mannitol, aminopyrinne, and caffeine; materials and equipment used for converting cocaine hydrochloride into cocaine base such as baking soda, Pyrex brand glassware or other heat resistant glassware.

**paraphernalia for packaging and distribution:** materials and equipment commonly used for packaging and distribution of cocaine such as scales, grinders, sifters, vacuum sealers, heat sealers, and kilogram presses; packaging materials such as plastic wrap, kilogram wrappers, baggies, bags, glass or plastic vials, paper bindles, foil bindles, and envelopes; papers relating to shipping of cocaine or money such as UPS, DHL, USPS, and FedEx air bills, labels, parcel tracking documents; and shipping materials.

**paraphernalia for use:** cocaine paraphernalia including but not limited to glass pipes, stems, and other pipes used to smoke cocaine; straws and devices used for inhaling cocaine; spoons, mirrors, razor blades, vials, propane torches; and stash containers.

**items relating to illegal transactions and the laundering of drug proceeds:** cellular telephones, to include the telephone to which the number 744-7209 is assigned, as well as electronic data stored w/in that phone; telephones; pagers; computers; documents relating to illegal drug transactions, money paid, wired, transferred, deposited, received, and owed; customer/source lists, including names addresses, and telephone numbers; records relating to airline travel such as airline tickets and travel itineraries; business records; account books or ledgers; checks; banking records; safe deposit box keys; tax returns and other tax records; telephone records; address and telephone books; recordings and/or photographs showing use or distribution of any controlled substance.

**items showing ownership, possession or control:** any documents or items tending to show ownership, possession or control such as keys, telephone and utility bills, lease, rental or sale agreements or contracts, credit cards or credit card receipts, mail, bills; any documents or items pertaining to vehicle ownership or control, including but not limited to vehicle registrations, titles, bills of sale, vehicle repair orders or invoices or emissions control inspections.

**firearms:** any firearm which is visible, carried during or used in furtherance of a violation of AS 11.71, as well as any firearm possessed by a convicted felon.

**proceeds of drug trafficking:** money, notes or other items of value used in or intended for use in or derived from drug trafficking.

EVIDENCE OF THE CULTIVATION AND DISTRIBUTION OF MARIJUANA; TO INCLUDE BALLASTS, IRRIGATION TUBING, SHROUDS, GROW LITES, PACKAGING MATERIALS, MARIJUANA GROW LITE BULBS, VENTING DUCTWORK, TIMERS, FANS/BLOWERS, SCALES, FERTILIZER, WATER PUMPS, GROW MEDIUM.

ORIG.