Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUANITA MICHELLE HARRIS,<br><br>Defendant. | NO. 3:06-cr-00061-01-RRB<br><br>**NOTICE OF FILING**<br><br>(Filed on Shortened Time) |

      Please take notice that Juanita Harris files the attached printout from the State of Alaska Division of Motor vehicles, which establishes that the vehicle with Alaska License Plate EJT630 is registered to Juanita Michelle Harris and provides her residential address as 8871 Cordell Circle, # 2, Anchorage, Alaska 99502. (*See*, Exhibit A)  This print out is filed in support of her joinder in the motion to suppress evidence filed at Docket No. 37.

DATED at Anchorage, Alaska this 27th day of September 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on September 27, 2006, a copy of the *Notice of Filing (Filed on Shortened Time)* was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

Ronald A. Offret, Esq.
Counsel for Defendant Gerald H. Drew
1029 West Third Avenue, Suite 280
Anchorage, AK 99501

s/Kevin F. McCoy