**State of Alaska DMV (Classified) (9/2/2006)**

[Search Again] [Menu]

| | |
|---|---|
| **LICENSE NUMBER (PLATE)**<br>**EJT630** | **OWNERS**<br>**HARRIS JUANITA MICHELLE (02232006)** |
| **SERIAL NUMBER**<br>**1GNEK13R8XJ307783** | **MAILING ADDRESS (02232006)**<br>**8871 CORDELL CIR #2**<br>**ANCHORAGE, AK 99502** |
| **YEAR**<br>**1999** | **RESIDENTIAL ADDRESS**<br>**8871 CORDELL CIR #2**<br>**ANCHORAGE, AK 99502** |
| **MAKE**<br>**CHEV** | |
| **MODEL**<br>**TAH** | **TITLE NUMBER**<br>**2327365** |
| **COLOR**<br>**SILVER/ALUMINUM** | **TITLE STATUS**<br>**TITLE & REGISTRATION** |
| **CLASS**<br>**11** | **LIEN HOLDER (02232006)**<br>**FAIRVIEW AUTO INC**<br>**920 GAMBELL ST**<br>**ANCHORAGE, AK 99501** |
| **UNLADEN WEIGHT**<br>**04000** | |
| **ODOMETER**<br>**0125500** | **LAST UPDATED**<br>**02232006** |
| **LICENSE STATE** | **TAX LOCATION**<br>**00** |
| **LICENSE STATUS**<br>**Current** | **TAX EXEMPT** |
| **REGISTRATION TYPE** | **ENFORCEMENT STATUS** |
| **REGISTRATION NUMBER** | **ENFORCEMENT DATE**<br>**00000000** |
| **EXPIRATION DATE**<br>**02/2007** | **DMV STATUS** |
| **EMISSIONS TEST REQUIRED**<br>**YES** | **LAST ACTION**<br>**V1 TITLE AND REGISTRATION** |

[Search Again] [Menu]