Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:06-cr-00061-01-RRB |
|---|---|
| Plaintiff, | |
| vs. | **JUANITA HARRIS'S JOINDER IN THE REQUEST FOR FRANKS HEARING** |
| JUANITA MICHELLE HARRIS, | |
| Defendant. | |

   Juanita Harris joins in the request for a Franks hearing under *Franks v. Delaware*, 438 U.S. 154 (1978), for the reasons set forth in Mr. Drew's request for a Franks hearing filed at Docket No. 43.

   DATED at Anchorage, Alaska this 27th day of September 2006.

            Respectfully submitted,

            s/Kevin F. McCoy
            Assistant Federal Defender
            601 West Fifth Avenue, Suite 800
            Anchorage, AK 99501
            Phone:  907-646-3400
            Fax:   907-646-3480
            E-Mail:  kevin_mccoy@fd.org

Certification:
I certify that on September 27, 2006,
a copy of *Juanita Harris's Joinder
in the Request for Franks Hearing*
was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Ronald A. Offret, Esq.
Counsel for Defendant Gerald H. Drew
1029 West Third Avenue, Suite 280
Anchorage, AK 99501


s/Kevin F. McCoy