```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. JUANITA M. HARRIS          CASE NO. 3:06-cr-00061-01-RRB
Defendant:  X Present  X In Custody
U.S.A. vs. GERALD H. DREW             CASE NO. 3:06-cr-00061-02-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:        FRANK RUSSO

DEFENDANT'S ATTORNEY:           KEVIN MCCOY FOR DEFT HARRIS
                                RONALD OFFRET FOR DEFT DREW

PROCEEDINGS: EVIDENTIARY HEARING ON MOTION TO SUPPRESS
             (DKT 33 & 37) HELD SEPTEMBER 27, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:31 p.m. court convened.

Court and counsel heard re defendant Drew's late filed Motion for a Franks Hearing (Docket 43); **DENIED.**

Court and counsel heard re defendant Drew's Motion to Suppress (docket 33) and defendant Harris's Joinder to Motion (docket 37); government not opposed to the standing re Harris residence.

Court and counsel head re plaintiff's oral motion to strike reply's by defendant Drew; **DENIED.**

Court and counsel heard re defendant Drew's offer of proof as to why there should be a Franks Hearing and defendant Harris's Joinder in offer of proof; request for Franks Hearing **DENIED.**

Gerald Drew sworn and testified on his own behalf.

Court and counsel heard re plaintiff having no objection to the standing re residence and the Durango.

Arguments heard.

Court heard; matters taken **UNDER ADVISEMENT,** written ruling to issue.

List of Witnesses filed separately.

At 2:17 p.m. court adjourned.

OFF RECORD NOTE: Court instructed clerk to order an expedited transcript of proceeding.

DATE:  September 27, 2006          DEPUTY CLERK'S INITIALS:   ak