Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUANITA MICHELLE HARRIS,<br><br>Defendant. | NO. 3:06-cr-00061-01-RRB<br><br>**JUANITA HARRIS'S JOINDER IN GERALD DREW'S OBJECTION TO RECOMMENDATION (Docket No. 51)** |

Juanita Harris joins in Gerald Drew's Objection to Proposed Recommendations re: Motion to Suppress [Docket 49], filed by Mr. Drew on October 13, 2006, at Docket No. 51

DATED at Anchorage, Alaska this 13th day of October 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:        907-646-3400
Fax:           907-646-3480
E-Mail:      kevin_mccoy@fd.org

Certification:

I certify that on October 13, 2006, a copy of ***Juanita Harris's Joinder in Gerald Drew's Objection to Recommendation (Docket No. 51)*** was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Ronald A. Offret, Esq.
Counsel for Defendant Gerald H. Drew
1029 West Third Avenue, Suite 280
Anchorage, AK 99501


s/Kevin F. McCoy