UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  USA  </u>   v.   <u> HARRIS and DREW </u>

DATE:   <u> October 31, 2006 </u>    CASE NO.   <u> 3:06-CR-0061-RRB </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
CHANGING TIME FOR HEARING**

---

Due to an ongoing civil jury trial, the **time** for the final pretrial conference on November 7, 2006, is **changed** from 9:00 a.m. to **8:15 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. CHANGING TIME FOR HEARING