Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JUANITA MICHELLE HARRIS,<br><br>　　　　Defendant. | NO. 3:06-cr-00061-01-RRB<br><br>**NOTICE OF INTENT TO CHANGE PLEA AND UNOPPOSED REQUEST THAT CHANGE OF PLEA HEARING BE CALENDARED ON OR AFTER WEDNESDAY, NOVEMBER 8, 2006** |

　　　　Juanita Harris intends to plea guilty pursuant to a written plea agreement she has reached with the government. She asks that the change of plea hearing be calendared at a date and time convenient to the Court and counsel on or after November 8, 2006. Ms. Harris asks for a change of plea hearing on or after November 8, 2006, because her counsel will be out-of-district on November 7, 2006, the time presently scheduled for the final pretrial conference.

　　　　The government does not oppose this scheduling request.

　　　　If the court cannot accommodate the scheduling request, substitute counsel will be available to cover a November 7, 2006, change of plea hearing. However, Ms. Harris's request is that the change of plea hearing be conducted with the undersigned.

DATED at Anchorage, Alaska this 3rd day of November 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:       907-646-3400
Fax:           907-646-3480
E-Mail:      kevin_mccoy@fd.org

Certification:
I certify that on November 3, 2006,
a copy of the *Notice of Intent to Change
Plea and Unopposed Request That Change
of Plea Hearing Be Calendared on or After
Wednesday, November 8, 2006* was
served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Ronald A. Offret, Esq.
Counsel for Defendant Gerald H. Drew
1029 West Third Avenue, Suite 280
Anchorage, AK 99501

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy