UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.   JUANITA MICHELLE HARRIS  

DATE:   November 3, 2006      CASE NO.   3:06-CR-0061-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **SCHEDULING HEARING**

---

      Pursuant to Defendant's Notice of Intent to Change Plea at Docket 57, a change of plea hearing will be held on **Wednesday, November 8, 2006, at 8:15 a.m.**, in Courtroom 2 in Anchorage, Alaska.  The final pretrial conference on November 7, 2006, is vacated as to Defendant Harris.

M.O. SCHEDULING HEARING