MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JUANITA M. HARRIS          CASE NO. 3:06-cr-00061-01-RRB
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:              RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:             APRIL KARPER

UNITED STATES ATTORNEY:            FRANK RUSSO

DEFENDANT'S ATTORNEY:              KEVIN MCCOY

U.S.P.O.:                          BARBARA BURTON

PROCEEDINGS: STATUS CONFERENCE (PROPOSED CHANGE OF PLEA HEARING)
             HELD NOVEMBER 8, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:23 a.m. court convened.

Court and counsel heard re plaintiff's oral motion to continue hearing; **GRANTED.** Proposed Change of Plea set for **November 9, 2006 at 8:15 a.m.**

Defendant's detention continued.

At 8:25 a.m. court adjourned.

DATE:   November 8, 2006       DEPUTY CLERK'S INITIALS:    amk