MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JUANITA M. HARRIS     CASE NO. 3:06-cr-00061-01-RRB
Defendant: X Present  X In Custody

BEFORE THE HONORABLE: RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER: APRIL KARPER

UNITED STATES ATTORNEY: FRANK RUSSO

DEFENDANT'S ATTORNEY: KEVIN MCCOY

U.S.P.O.: SCOTT KELLEY

PROCEEDINGS: CONTINUED PROPOSED CHANGE OF PLEA HEARING
             HELD NOVEMBER 9, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:20 a.m. court convened.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Defendant states true name: Same as above.     Age: 23

X Defendant changed pleas to guilty on counts 4 and 6 of the Indictment.

X Court accepted pleas. Referred to P.O. for presentence report.

X Imposition of Sentence set for **January 18, 2007 at 10:00 a.m.**

X Defendant's detention continued.

X OTHER: Court and counsel heard re plea agreement.

At 8:47 a.m. court adjourned.


DATE: November 9, 2006     DEPUTY CLERK'S INITIALS: amk