Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JUANITA MICHELLE HARRIS,<br><br>　　　　Defendant. | NO. 3:06-cr-00061-01-RRB<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE SENTENCING BY 30 DAYS** |

　　　　Juanita Harris asks this court for an order on shortened time continuing sentencing in this matter by 30 days. Sentencing is presently scheduled for January 18, 2007. A continuance is necessary because the final presentence report increased the advisory guideline computation without providing Ms. Harris with an opportunity to object or to independently investigate the factual basis for the increased advisory guideline computation.

　　　　The government does not oppose this request.

　　　　This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 11th day of January 2007.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:       907-646-3480
E-Mail:    kevin_mccoy@fd.org

Certification:
I certify that on January 11, 2007,
a copy of the *Unopposed Motion on Shortened Time to Continue Sentencing by 30 Days* was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Herbert A. Viergutz, Esq.
Counsel for Defendant Gerald H. Drew
1029 West Third Avenue, Suite 280
Anchorage, AK 99501
barmar@gci.net

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy