UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JUANITA MICHELLE HARRIS,<br><br>　　　　Defendant. | NO. 3:06-cr-00061-01-RRB<br><br>**PROPOSED ORDER<br>CONTINUING SENTENCING** |

　　　　On consideration of defendant Juanita Harris's shortened time request to continue sentencing in this matter by 30 days;

　　　　It is hereby ordered that the motion is GRANTED. Sentencing in this matter shall be continued from January 18, 2007, to February _____, 2007, at the hour of _____ ____m.

　　　　DATED this _____ day of January 2007, in Anchorage, Alaska.

_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE