Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUANITA MICHELLE HARRIS,<br><br>Defendant. | NO. 3:06-cr-00061-01-RRB<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

1. I am the attorney for Juanita Harris.

2. Sentencing in this matter is presently set for January 18, 2006.

3. The purpose of this motion is to ask that sentencing in this matter be continued by 30 days.

4. The final presentence report resulted in an increased advisory guideline computation that was not anticipated by the parties and which was not disclosed until after the presentence report had been finalized. Thus, Ms. Harris has not yet had an opportunity to investigate and object to the increased advisory guideline computation.

5. Accordingly, she is asking that sentencing be continued by approximately 30 days.

6. On January 11, 2006, I spoke with Assistant U.S. Attorney Frank Russo. Mr. Russo indicated that he will be out of district for the next two weeks and would prefer a setting 30 days out from now. Accordingly, Mr. Russo states that he does not oppose this request.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/KEVIN F. McCOY

SUBSCRIBED AND SWORN to before me this 11th day of January 2007.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:
I certify that on January 11, 2007,
a copy of the *Affidavit of Counsel*
was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Herbert A. Viergutz, Esq.
Counsel for Defendant Gerald H. Drew
1029 West Third Avenue, Suite 280
Anchorage, AK 99501
barmar@gci.net

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy