UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUANITA MICHELLE HARRIS,<br><br>Defendant. | NO. 3:06-cr-00061-01-RRB<br><br>~~PROPOSED~~ ORDER<br>CONTINUING SENTENCING |

On consideration of defendant Juanita Harris's shortened time request to continue sentencing in this matter by 30 days;

It is hereby ordered that the motion is GRANTED. Sentencing in this matter shall be continued from January 18, 2007, to February 23, 2007, at the hour of 10:00 A m.

DATED this 11 day of January 2007, in Anchorage, Alaska.

RALPH R. BEISTLINE
U.S. DISTRICT JUDGE