Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:06-cr-00061-01-RRB |
| Plaintiff, | **AFFIDAVIT OF COUNSEL** |
| vs. | |
| JUANITA MICHELLE HARRIS, | |
| Defendant. | |
| STATE OF ALASKA | ss: |
| THIRD JUDICIAL DISTRICT | |

Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

1.      I am the attorney for Juanita Harris.

2.      Sentencing in this matter is presently set for February 23, 2007.

3.      The purpose of this motion is to ask that sentencing be continued by seven (7)

days.

4.      I am scheduled to attend a criminal defense CLE in San Diego, California on

February 22nd and 23rd of this year.

5.      Accordingly, I am asking that sentencing in this matter be continued approximately seven days so that I can attend ths CLE.

6.      On January 31, 2007, I spoke to Assistant U.S. Attorney Frank Russo. Mr. Russo indicated that the government does not oppose this request.


**FURTHER YOUR AFFIANT SAYETH NAUGHT.**


/s/KEVIN F. McCOY


SUBSCRIBED AND SWORN to before me this 31st day of January 2007.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:
I certify that on January 31, 2007,
a copy of the *Affidavit of Counsel*
was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

Herbert A. Viergutz, Esq.
Counsel for Defendant Gerald H. Drew
1029 West Third Avenue, Suite 280
Anchorage, AK 99501
barmar@gci.net

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Kevin F. McCoy