UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUANITA MICHELLE HARRIS,<br><br>Defendant. | NO. 3:06-cr-00061-01-RRB<br><br>~~PROPOSED~~ ORDER |

On consideration of the defendant's unopposed shortened time request to continue sentencing by seven (7) days;

It is hereby ordered that the motion is granted. Sentencing shall be continued from February 23, 2007, to _March 8_, 2007 at the hour of _9:00_ _A_.m.

DATED this _1_ day of _February_ 2007, in Anchorage, Alaska.

_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE