```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs. JUANITA M. HARRIS          CASE NO. 3:06-cr-00061-01-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:           RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:        FRANK RUSSO

DEFENDANT'S ATTORNEY:           KEVIN MCCOY

U.S.P.O.:                       PAMELA SHAW

PROCEEDINGS: IMPOSITION OF SENTENCE HELD MARCH 8, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:06 a.m. court convened.

 X Notice of Appeal form given to defendant.

 X Court stated findings/reasons pursuant to sentencing
   guidelines.

 X Imprisonment for a period of 84 months. This term consists of
   24 months on Count 4 and 60 months on Count 6, all such terms
   to be served consecutively.

 X Defendant placed on supervised release for a period of 5
   years under the usual terms and conditions with special
   conditions of supervised release as stated in the judgment.
   This term consists of 3 years on Count 4 and 5 years on Count
   6, all such terms to run concurrently.

 X Special Assessment $ 200.00 , due immediately.

 X Defendant remanded to the custody of the U.S. Marshal.

 X On motion of the U.S. Attorney, remaining counts 1, 2, 3, and
    5  of the Indictment **DISMISSED.**

 X OTHER: Court and counsel heard re presentence report; court
accepted the presentence report. Defendant to forfeit the
defendant's interest in the property to the United States as
directed. Court recommended that the defendant participate in the
500 hour drug and alcohol program and that the defendant serve
her time at a facility that offers a cosmetology program, if that
is not available the court recommended that she be placed at the
closest facility to Birmingham, Alabama . Appeal  rights given.
Payment Coupon given to defendant.

At 9:55 a.m. court adjourned.

DATE:     March 8, 2007          DEPUTY CLERK'S INITIALS:   amk