USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:06-cr-061-RRB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JUANITA HARRIS & GERALD H. DREW | Publication |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ANCHORAGE DAILY NEWS

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1001 Northway Drive, Anchorage, AK 99508          phone: (907) 257-4000

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KATIE VOKE
United States Attorney's Office
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

Number of process to be served with this Form-285

Number of parties to be served in this case

Check for service on U.S.A.

RECEIVED
MAR 1 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please publish the attached Notice of judicial forfeiture in the above-referenced newspaper once a week for 3 consecutive weeks.

Fold                                                                                          Fold

| Signature of Attorney other Originator requesting service on behalf of: | XX PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| s/Katie Voke  K Jay McCulloch | | (907) 271-2304 | 2/8/07 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 06 | No. 06 | Cardoll Edwards | 2/9/07 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode |
|---|---|
| Address (complete only if different than shown above) | Date of Service | Time | am pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: Published Anchorage Daily News on February 11, 18, 25, 2007. Returned to Court on 3/13/07.

| PRINT 5 COPIES: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*. To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED<br><br>Form USM-285<br>Rev. 12/15/80<br>Automated 07/06 |

# Anchorage Daily News
## Affidavit of Publication
1001 Northway Drive, Anchorage, AK 99508

| AD # | DATE | PO | ACCOUNT | PRICE PER DAY | OTHER CHARGES | OTHER CHARGES #2 | OTHER CHARGES #3 | OTHER CHARGES #4 | OTHER CHARGES #5 | GRAND TOTAL |
|------|------|----|---------|---------------|---------------|------------------|------------------|------------------|------------------|-------------|
| 131524 | 02/11/2007 | | USMA0514 | $195.88 | | | | | | |
| | 02/18/2007 | | USMA0514 | $195.88 | | | | | | |
| | 02/25/2007 | | USMA0514 | $195.88 | | | | | | |
| | | | | $587.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $587.64 |

STATE OF ALASKA
THIRD JUDICIAL DISTRICT

Christine Clark, being first duly sworn on oath deposes and says that she is an advertising representative of the Anchorage Daily News, a daily newspaper.

That said newspaper has been approved by the Third Judicial Court, Anchorage, Alaska, and it now and has been published in the English language continually as a daily newspaper in Anchorage, Alaska, and it is now and during all said time was printed in an office maintained at the aforesaid place of publication of said newspaper. That the annexed is a copy of an advertisement as it was published in regular issues (and not in supplemental form) of said newspaper on the above dates and that such newspaper was regularly distributed to its subscribers during all of said period. That the full amount of the fee charged for the foregoing publication is not in excess of the rate charged private individuals.

Signed

Subscribed and sworn to me before this date:

February 26, 2007

Notary Public in and for the State of Alaska.
Third Division. Anchorage, Alaska

MY COMMISSION EXPIRES: 09/12/2007

**NOTICE OF JUDICIAL FORFEITURE**
UNITED STATES OF AMERICA

JUANITA M. HARRIS OGEAL & DREW
Case No. 3:06-cr-00061-RRB

To all interested persons in the above-titled case, notice is hereby given that on December 12, 2006 and February 2, 2007, the United States District Court for the District of Alaska, the Honorable Ralph R. Beistline presiding, entered Preliminary Orders of Forfeiture forfeiting $1,690.00 IN UNITED STATES CURRENCY to the United States of America pursuant to 21 U.S.C. § 853(a)(1) and (2), and forfeiting the following firearms pursuant to 18 U.S.C. § 924(d)(1):

1. SMITH & WESSON .357 CALIBER REVOLVER, SERIAL NUMBER ABW5540;
2. RUGER .357 CALIBER REVOLVER, SERIAL NUMBER 153-73900;
3. RUGER .223 CALIBER SEMI-AUTOMATIC RIFLE, SERIAL NUMBER 182-67378;
4. NORINCO MAK 90 SPORTER 7.62x39MM SEMI-AUTOMATIC RIFLE, SERIAL NUMBER 9375200;
5. HI-POINT 9MM PISTOL, SERIAL NUMBER B-14685;
6. RAVEN ARMS .25 CALIBER PISTOL, SERIAL NUMBER 320103;
7. RUGER P95 9MM SEMI-AUTOMATIC PISTOL, SERIAL NUMBER 313-07378;
8. WINCHESTER 12 GAUGE SHOTGUN, SERIAL NUMBER L1912914.

Pursuant to 21 U.S.C. § 853(n)(2), any person other than the defendant asserting a legal interest in the forfeited property must petition the court, within 30 days of the final publication or personal receipt of this notice, whichever is earlier, for a hearing to adjudicate the validity of the alleged interest in the property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, and interest in the property, and any additional facts supporting the petitioner's claim and the relief sought.

All such petitions must be filed with the Office of the Clerk, U.S. District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, AK 99513-7564, with a copy thereof sent to Assistant U.S. Attorney James Barkeley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, AK 99513-7567.

Publish: February 11, 18, 25, 2007