NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-6011
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-061-RRB |
| | ) | |
| Plaintiff, | ) | **MOTION FOR FINAL** |
| | ) | **DECREE OF FORFEITURE** |
| v. | ) | |
| | ) | |
| JUANITA M. HARRIS, and | ) | |
| GERALD H. DREW, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff United States of America, by and through counsel, hereby moves this Court

for a Final Decree of Forfeiture in the above-captioned case.  This motion is supported by

the attached Declaration of Counsel.

     DATED this 4th day of April, 2007, in Anchorage, Alaska.

                             NELSON P. COHEN
                             United States Attorney

                             s/James Barkeley
                             JAMES BARKELEY
                             Assistant U.S. Attorney
                             Federal Building & U.S. Courthouse
                             222 W. 7th Avenue, #9, Room 253
                             Anchorage, AK 99513-7567
                             Phone: (907) 271-3699
                             Fax: (907) 271-6011
                             Email: jim.barkeley@usdoj.gov
                             Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I declare that a true and correct copy of the foregoing
MOTION FOR FINAL DECREE OF FORFEITURE,
DECLARATION OF COUNSEL, and proposed FINAL
DECREE OF FORFEITURE were sent electronically
this 4th day of April, 2007, to:

KEVIN McCOY (Counsel for Defendant Juanita M. Harris)

HERBERT VIERGUTZ  (Counsel for Defendant Gerald H. Drew)

s/James Barkeley