NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-6011
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-061-RRB |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF COUNSEL** |
| | ) | **IN SUPPORT OF MOTION FOR** |
| v. | ) | **FINAL DECREE OF FORFEITURE** |
| | ) | |
| JUANITA M. HARRIS, and | ) | |
| GERALD H. DREW, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I, JAMES BARKELEY, am an Assistant United States Attorney and represent the plaintiff in this action.

1. On November 9, 2006, defendant JUANITA M. HARRIS pled guilty to Counts 4 and 6 of the Indictment issued in this case. Docket 62. On December 12, 2006, pursuant to the Plea Agreement and Counts 8 and 9 (Criminal Forfeiture) of the Indictment, the

Honorable Ralph R. Beistline entered a Preliminary Order of Forfeiture against the above-named defendant forfeiting to the United States the defendant's interest in the $1,690.00 IN UNITED STATES CURRENCY described in Count 9, and the eight firearms described in Count 8. Docket 70.

2. On December 1, 2006, defendant GERALD H. DREW pled guilty to Counts 1, 2, 5, and 7, and agreed to Criminal Forfeiture Counts 8 and 9 of the Indictment issued in this case. Docket 69. On February 22, 2007, the Honorable Ralph R. Beistline entered a Preliminary Order of Forfeiture against the above-named defendant, forfeiting to the United States the defendant's interest in the $1,690.00 IN UNITED STATES CURRENCY described in Count 9, and the eight firearms described in Count 8. Docket 82.

3. Pursuant to 21 U.S.C. § 853(n)(1), persons asserting a legal interest in the above-described forfeited currency and firearms are entitled to a judicial determination of the validity of the legal claims or interests they assert.

4. The United States Marshals Service published notification of the Court's December 12, 2006 and February 22, 2007 Preliminary Orders of Forfeiture in the Anchorage Daily News, a newspaper of general circulation, on February 11, 18, and 25, 2007. Docket 99. Said published notice advised all third persons of their right to petition the Court within 30 days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the subject currency and firearms.

5. No petitions of interest or other claims or requests for an ancillary hearing with

regard to the above-described currency and firearms have been filed by any person or entity within the time allowed by law.

6.   Declarant knows of no reason why a final decree of forfeiture should not now be issued declaring said currency and firearms be forfeited as to all persons. Full right, title and interest in the above-described currency and firearms shall be and hereby is vested in the United States.

Further, the United States Marshals Service and its property manager and/or its contractor should be directed to dispose of the above-described currency and firearms and pay any and all costs according to law.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 4th day of April, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-6011
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019