IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-061-RRB |
| | ) | |
| Plaintiff, | ) | **FINAL DECREE OF FORFEITURE** |
| | ) | |
| v. | ) | |
| | ) | |
| JUANITA M. HARRIS, and | ) | |
| GERALD H. DREW, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On November 9, 2006, defendant JUANITA M. HARRIS pled guilty to Counts 4 and

6 of the Indictment. Pursuant to both the Plea Agreement and Counts 8 and 9 (Criminal

Forfeiture), and upon the Court's acceptance of the defendant's guilty pleas, the Court found

that:

A.    the defendant's interest, if any, in the $1,690.00 IN UNITED STATES

CURRENCY, described in Count 9, is property constituting, or derived from, any proceeds

the defendant obtained, directly or indirectly, as the result of such violation, to which the

defendant has pled guilty and been convicted, and property used, or intended to be used, in

any manner or part, to commit, or to facilitate the commission of, such violation, thereby

rendering said currency subject to forfeiture under 21 U.S.C. § 853(a)(1) and (2); and

B.    the defendant's interest, if any, in the following 8 firearms, described in Count

8, is property constituting firearms or ammunition involved in or used in the commission of

such violation, thereby rendering said property subject to forfeiture under 18 U.S.C. §

924(d)(1):

1.    SMITH & WESSON .357 CALIBER REVOLVER, SERIAL NUMBER ABW5340;

2.    RUGER .357 CALIBER REVOLVER, SERIAL NUMBER 153-73900;

3.    RUGER .223 CALIBER SEMI-AUTOMATIC RIFLE, SERIAL NUMBER 182-67378;

4.    NORINCO MAK 90 SPORTER 7.62x39MM SEMI-AUTOMATIC RIFLE, SERIAL NUMBER 9375200;

5.    HI-POINT 9MM PISTOL, SERIAL NUMBER B-14685;

6.    RAVEN ARMS .25 CALIBER PISTOL, SERIAL NUMBER 820103;

7.    RUGER P95 9MM SEMI-AUTOMATIC PISTOL, SERIAL NUMBER 313-07578; and

8.    WINCHESTER 12-GAUGE SHOTGUN, SERIAL NUMBER L1912914.

AND WHEREAS, on December 12, 2006, this Court entered a Preliminary Order of Forfeiture forfeiting all of the right, title and interest of defendant JUANITA M. HARRIS in the currency described in Count 9 and firearms described in Count 8.

AND WHEREAS, on December 1, 2006, defendant GERALD H. DREW pled guilty to Counts 1, 2, 5, and 7, and agreed to Criminal Forfeiture Counts 8 and 9 of the Indictment. Pursuant to the Plea Agreement, Counts 8 and 9, and upon the Court's acceptance of the defendant's guilty pleas, the Court found that:

A.    the defendant's interest, if any, in the $1,690.00 IN UNITED STATES CURRENCY, described in Count 9, is property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation, to which the

defendant has pled guilty and been convicted, and property used, or intended to be used, in

any manner or part, to commit, or to facilitate the commission of, such violation, thereby

rendering said currency subject to forfeiture under 21 U.S.C. § 853(a)(1) and (2); and

      B.     the defendant's interest, if any, in the following 8 firearms, described in Count

8, is property constituting firearms or ammunition involved in or used in the commission of

such violation, thereby rendering said property subject to forfeiture under 18 U.S.C. §

924(d)(1):

          1.     SMITH & WESSON .357 CALIBER REVOLVER, SERIAL NUMBER ABW5340;

          2.     RUGER .357 CALIBER REVOLVER, SERIAL NUMBER 153-73900;

          3.     RUGER .223 CALIBER SEMI-AUTOMATIC RIFLE, SERIAL NUMBER 182-67378;

          4.     NORINCO MAK 90 SPORTER 7.62x39MM SEMI-AUTOMATIC RIFLE, SERIAL NUMBER 9375200;

          5.     HI-POINT 9MM PISTOL, SERIAL NUMBER B-14685;

          6.     RAVEN ARMS .25 CALIBER PISTOL, SERIAL NUMBER 820103;

          7.     RUGER P95 9MM SEMI-AUTOMATIC PISTOL, SERIAL NUMBER 313-07578; and

          8.     WINCHESTER 12-GAUGE SHOTGUN, SERIAL NUMBER L1912914.

AND WHEREAS, on February 22, 2007, this Court entered a Preliminary Order of

Forfeiture forfeiting all of the right, title and interest of defendant GERALD H. DREW in

the currency described in Count 9 and firearms described in Count 8.

AND WHEREAS, on February 11, 18, and 25, 2007, the United States Marshals Service published, in the Anchorage Daily News, a newspaper of general circulation, notice of the above-referenced Preliminary Orders of Forfeiture and of the intent of the United States to dispose of said currency and firearms in accordance with the law, and further notifying all third parties of their right to petition the Court within 30 days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the currency and firearms.

AND WHEREAS, no petitions of interest or other claims or requests for an ancillary hearing with regard to the above-described forfeited currency and firearms have been filed by any individual or entity within the time allowed by law.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1.    That the right, title and interest to the approximately $1,690.00 IN UNITED STATES CURRENCY and the eight above-described firearms, is hereby condemned, and forfeited to, and shall be vested in, the United States of America, and shall be disposed of by the United States Marshals Service and its property manager and/or its contractor according to law.

2.    That the United States Marshals Service is directed to pay any and all costs associated with the described currency and firearms and to dispose of such according to law.

3.    The Clerk is hereby directed to send a copy of this Order to the United States

Marshals Service.

SO ORDERED this _30_ day of _April_____, 2007.

_S/RRB_

HON. RALPH R. BEISTLINE
United States District Court Judge